# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| KATHY PELLMAN, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:17-1481 |
| v. | : | (JUDGE MANNION) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commissioner partially denying her claims for DIB and SSI benefits, **(Doc. 1)**, is **DENIED**, and the Commissioner's decision is **AFFIRMED**;

**(3)** the plaintiff's objections to the report of Judge Arbuckle, **(Doc. 15)**, are **OVERRULED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 30, 2019**
17-1481-01-ORDER.wpd